JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIANA JUAREZ ) | Case No. 2:10-cv08862-VBF-AGR |
| ) Plaintiffs, ) | |
| ) vs. ) | **[PROPOSED] ORDER GRANTING STIPULATION RE: DISMISSAL OF ENTIRE ACTION AND ALL PARTIES** |
| COLLECTO, INC. ) ) | |
| Defendant. ) | |

Having considered the parties' Stipulation re: Dismissal, the above entitled Action is hereby dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. Each party to bear its own costs and expenses.

IT IS SO ORDERED:

DATED: 4-28-11

*Valerie Baker Fairbank*

Hon. Valerie Baker Fairbank
UNITED STATES DISTRICT COURT JUDGE